# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

DREXEL ON THE PARK, LLC, )
an Oklahoma limited liability )
company; and JOHN ANTONELLI, )
 )
        Plaintiffs, )
 )
v. ) Case No. CIV-15-1257-R
 )
STATEWIDE RENOVATION AND )
SUPPLIES, INC., an Oklahoma )
Corporation, )
 )
        Defendant. )

## ORDER

Before the Court is the motion by Drexel on the Park, L.L.C. to require disbursement of funds held by the Clerk of Court. The funds consist of proceeds of an insurance claim for storm damage sustained by Drexel and proceeds of a reserve account established by Drexel with the lender, Berkeley Point, referred to as the "Drexel Reserves." The funds, consisting of $208,001.10, were held by Berkeley Point as the lender and mortgagee for Drexel. Statewide Renovation and Supplies, Inc. has filed an objection to the motion to disburse and presented evidence that Drexel represented that the funds held by Berkeley Point were owned by Statewide. Neither Drexel nor Statewide has submitted an escrow agreement with Berkeley Point and it appears to the Court that there is a reasonable dispute as to which party owns the funds previously held by Berkeley Point and now on deposit with the Clerk of Court. Accordingly, the motion of Drexel for the disbursement of those funds is DENIED.

IT IS SO ORDERED this 7th day of March, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE